## File Hashes for IP Address 71.238.91.228

**ISP:** Comcast Cable Holdings, LLC
**Physical Location:** Northville, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/28/2014 09:16:31 | A3080FCCDD10CBBFC49F49A1D4BBC74854DB0F59 | Never Better |
| 10/21/2014 19:14:50 | 85957A8702E1D45316CC325868D40DDA1326F63F | A Cloudy Hot Day |
| 10/17/2014 04:45:08 | 9C892AB5A36C0FF253C78303880823637673C417 | Serving Seduction |
| 10/04/2014 19:30:56 | 957170E4DA93002449D455E16CD72C0C76414A24 | Fucking Goddesses |
| 09/29/2014 04:18:43 | 5FC4E9DEEC4674C3330589667370CCC9E89498B0 | Shes A Spinner |
| 09/14/2014 14:30:35 | 6E59041094AA0C1872D4B1DE1607467A2B1BC50D | Tiffanys Tight Ass |
| 07/01/2014 12:58:13 | FC886EF2E1708CFC7115D2DDF773C6118755F233 | Lovers Way |
| 06/17/2014 12:56:23 | 212EBDF3BF5AF9847AE0C5CBDB76C24C46FF6DCE | They Meet Again |
| 06/17/2014 12:14:20 | DFB64ED831DC06FF85B0AF942F4429E6B7FD65A4 | First and Forever |
| 06/17/2014 05:08:22 | 1104D5D25009B560A8B01553A13AB0707A95D407 | Deep Blue Passion |
| 06/05/2014 05:12:38 | 8483D212ACA0879401ACF43308B0E15C2FEADAC7 | Two By Two |
| 05/15/2014 15:00:25 | 7815BFBAE2FD5FF0504A674AD70D74FB07E46BFC | Playing Dress Up |
| 05/15/2014 05:09:48 | 921409E9846CD63D5FB3E83615F1863BE0FEF5F2 | My Naughty Girl |
| 05/15/2014 05:09:00 | 44F8AA742D98D7A6233FB208855549C53F3C1084 | Good Night Kiss |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

NEMI253